JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN WILLIAM KING, | ) | No. CV 12-05221-AG (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Plaintiff's First Amended Complaint and Supplement to First Amended Complaint without prejudice.

DATED: <u>February 28, 2014</u>

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE